| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Joseph D. Marchand, Esquire<br>117-119 West Broad Street<br>P.O. Box 298<br>Bridgeton, NJ 08302<br>(856) 451-7600<br>(JM5998)<br>Chapter 7 Trustee | Order Filed on November 1, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |

In Re:  
Marla Webster

Case No.: 19-22411/JNP  
Judge: Jerrold N. Poslusny  
Chapter: 7

Recommended Local Form: ☑ Followed ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 1, 2019**

Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court

In re: Marla Webster

Case No.: 19-22411/JNP

Applicant: Joseph D. Marchand, Esquire

(check all that apply) ☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11  ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Joseph D. Marchand, Esquire
Address of Professional: 117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302

☒ Attorney for (check all that apply):
 ☒ Trustee  ☐ Debtor-in-Possession
 ☐ Official Committee of _____

☐ Accountant for:
 ☐ Trustee  ☐ Debtor-in-Possession
 ☐ Official Committee of _____

☐ Other Professional:
 ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
 ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*