

Order Filed on January 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No. 19-22411/JNP

In Re:

Hearing date: June 27, 2019

Marla Webster,

Debtor(s)

Judge: Jerrold N. Poslusny, Jr.

## ORDER TO COMPEL DEBTOR TO COOPERATE WITH TRUSTEE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 7, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the bankruptcy estate of Marla Webster, to Compel Debtor to Cooperate with Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

**ORDERED THAT** the Debtor is Ordered to cooperate with the Trustee by contacting the realtor on his cell phone number during regular business hours between 9 a.m. and 5 p.m..  Said call shall be made within three (3) business days from the date of this Order.

**IT IS FURTHER ORDERED THAT** the Debtor shall make her home available for inspection by the Realtor within three (3) business days from said phone call.

~~**IT IS FURTHER ORDERED THAT** the Debtor is ordered to compensate the Attorney for Trustee, Joseph D. Marchand, Esquire, the sum of $300.00, payable within two weeks from the date of the execution of this Order~~.