```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
```
Seymour Wasserstrum
Law Office of Seymour Wasserstrum
205 W. Landis Ave
Vineland, NJ 08360
856-696-8300
MyLawyer7@aol.com
```

| In Re: | Case No.: | 19-22411 |
|---|---|---|
| Marla Webster | Chapter: | 7 |
| | Hearing Date: | 2/25/2020 |
| | Judge: | JNP |

# NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF DEBTOR'S CHAPTER 7 BANKRUPTCY FILING

Marla Webster, by and through Counsel, has filed papers with the court seeking the voluntary dismissal of her Chapter 7 Bankruptcy.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | February 25, 2020 |
| Hearing Time: | 10:00 Am |
| Hearing Location: | Mitchell H. Cohen Federal Courthouse |
| | 4th and Cooper Sts, Ste 1050 |
| | Camden, NJ 08101 |
| Courtroom No.: | 4C |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

CLERK
U.S. BANKRUPTCY COURT
P.O. BOX 2067
CAMDEN, NJ 08101-2067

You must also mail a copy of your response to:

Joseph Marchand
Chapter 7 Trustee
117-119 West Broad St.
PO Box 298
Bridgeton, NJ 08302

Seymour Wasserstrum, Esq.
The Law Office of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: January 29, 2020                          /s/ Seymour Wasserstrum, Esq.
                                                    Debtor's Counsel