UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Seymour Wasserstrum
Law Office of Seymour Wasserstrum
205 W. Landis Ave
Vineland, NJ 08360
856-696-8300
MyLawyer7@aol.com

In Re:
    Marla Webster

Case No.: 19-22411
Chapter: 7
Hearing Date: 2/25/2020
Judge: JNP

**ORDER ON MOTION FOR VOLUNTARY DISMISSAL**

The relief set forth on the following page is hereby **ORDERED.**

Upon the motion of Marla Webster and for good cause shown, it is

**ORDERED** that this case is dismissed and any discharge that was granted is vacated.

**IT IS FURTHER ORDERED** that all outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

**IT IS FURTHER ORDERED** that the Trustee is hereby awarded reasonable expenses, as approved by this court, payable within ninety (90) days after approval by the Court.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.