| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Case No**.:**  **19-22411**<br><br>Chapter:   7<br><br>Adv. No.:   N/A |
| In Re:<br><br>**MARLA WEBSTER** | Hearing Date:  N/A<br><br>Judge:   **JNP** |

**CERTIFICATION OF SERVICE**

1.  I, <u>Danielle Dennis</u>:

☐  represent the _____ in the above-captioned matter.

☒  am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

☐  am the _____ in the above case and am representing myself.


2.  On <u>January 29, 2020</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF DEBTOR'S CHAPTER 7 BANKRUPTCY FILING**

**CERTIFICATION**

**PROPOSED ORDER**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: <u>January 29, 2020</u>                           <u>/s/Danielle Dennis</u>

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Marchand<br>117-119 W. Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Chapter 7 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Barclay's Bank Delaware<br>125 S West St<br>Wilmington, DE 19801<br><br>Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br>Capital One Bank Usa Na<br>PO Box 30281<br>Salt Lake City, UT 84130<br><br>CB Indigo<br>PO Box 4499<br>Beaverton, OR 97076<br><br>Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886<br><br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><br>Comenity Capital Bank/Bosc<br>PO Box 182120<br>Columbus, OH 43218<br><br>Goodyear/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| Nissan - Infiniti<br>PO Box 660366<br>Dallas, TX 75266-0366<br><br>PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><br>Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br>Raymour & Flanigan<br>PO Box 94498<br>Las Vegas, NV 89193-4498<br><br>Roamans<br>PO Box 659728<br>San Antonio, TX 78265-9728<br><br>State Of New Jersey<br>P.O. Box 245<br>Dept Of Treasury-Division Of<br>Taxation<br>Trenton, NJ 08695-0245<br><br>Syncb/QVC<br>PO Box 965018<br>Orlando, FL 32896<br><br>Syncb/Wal-Mart<br>Po Box 956024<br>Orlando, FL 32896-5024<br><br>Synchrony Bank<br>c/o PRA Receivables Management,<br>LLC<br>PO Box 41021<br>Norfolk VA 23541<br><br>WAWA/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | | |

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>PO Box 5169<br>Sioux Falls, SD 57117<br><br>Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438<br><br>Wells Fargo Dealer Service<br>P.O. Box 1697<br>Winterville, NC 28590 | | |

*rev.8/1/16*