Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–22411–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marla Webster
  67 Glasgow Rd
  Williamstown, NJ 08094

Social Security No.:
  xxx–xx–4543

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑  A Motion to Dismiss has been filed by Seymour Wasserstrum.

☐  An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐  The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐  The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐  The corporate debtor is self–represented.

   ☐  Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 2/25/20
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067


Dated: January 30, 2020
JAN:

Jeanne Naughton
Clerk