JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
117-119 West Broad Street
P.O. Box 298
Bridgeton, New Jersey - 08302
(856) 451-7600
JM:5998
Attorney for Trustee

_____
| IN THE MATTER OF: | } | UNITED STATES BANKRUPTCY COURT |
| | } | FOR THE DISTRICT OF NEW JERSEY |
| | } | In Bankruptcy Proceeding |
| Marla Webster, | } | Chapter 13 |
| | } | Case No: 19-22411/JNP |
| | } | |
| Debtor(s) | } | |
_____}

**CERTIFICATION IN SUPPORT OF APPLICATION FOR
ADMINISTRATIVE FEES FOR FORMER CHAPTER 7 TRUSTEE**

I, JOSEPH D. MARCHAND, ESQUIRE, of full age, hereby certify to the following:

1. I am an Attorney at Law licensed to practice in the State of New Jersey, and the Former Chapter 7 Trustee appointed on June 25, 2019, to administer the Chapter 7 Bankruptcy Estate of Marla Webster.

2. An Order was entered in this Court on January 8, 2021, converting the debtor's petition to a case under Chapter 13 of the Bankruptcy Code.

3. Services were rendered to the debtor's Chapter 7 Estate in my capacity as Trustee. I believe I should be paid on a quantum meruit basis at a rate normally charged by me as Attorney for Trustee of $380.00 an hour and travel time in the amount of $190.00 an hour. Case law supports payments to a Former Chapter 7 Trustee in such circumstances. See In re Colburn 231 BR 778 (Bankr D. Ore. 1999), and In re Collins 210 BR 538 (Bankr N.D. Ohio 1997).

4. The following services were rendered as the Former Chapter 7 Trustee for Marla Webster including services rendered subsequent to the conversion of his case to Chapter 13. They are as follows:

| DATE | REFERENCE TO SERVICES RENDERED | HOURS |
|---|---|---|
| June 26, 2019 | Review bankruptcy petition | 0.3 hrs |

| Date | Description | Hours |
|---|---|---|
| June 27, 2019 | Letter to Debtor regarding rights & information request | 0.3 hrs |
| July 11, 2019 | Review information sent (Mortgage payoff, Tax Returns, Vehicle payoff, Wells Fargo payoff, Bank Statements, proof of income, copy of Deed) | 0.3 hrs |
| August 19, 2019 | 341 Hearing | 0.2 hrs |
| August 28, 2019 | Review CMA sent | 0.2 hrs |
| October 23, 2019 | Review information sent by Realtor | 0.3 hrs |
| October 24, 2019 | File Notice of Asset | 0.2 hrs |
| | File 341 Minutes | 0.1 hrs |
| November 20, 2019 | Review inquiry from Real Estate Agent on access to Real Estate | 0.2 hrs |
| | Email Debtor's Attorney on above | 0.2 hrs |
| | Phone call with Debtor's Attorney on above | 0.2 hrs |
| December 30, 2019 | Prepare 90 Day Report | 0.3 hrs |
| January 4, 2020 | Review & Execute 90 Day Report | 0.2 hrs |
| July 16, 2020 | Paid FedEx Bill | 0.1 hrs |
| August 17, 2020 | Print all Claims | 0.1 hrs |
| | Review Claims | 0.4 hrs |
| September 29, 2020 | Prepare 90 Day Report | 0.3 hrs |
| September 30, 2020 | Review & Execute 90 Day Report | 0.2 hrs |
| January 12, 2021 | Prepare Trustee fee application | 0.3 hrs |

**TOTAL TRUSTEE HOURS:** **4.4 hrs**
**TOTAL TRUSTEE TRAVEL HOURS:** **0.0 hrs**

5. This Trustee incurred the following expenses during the administration of the Chapter 7 case in the amount of **$56.19** as listed below:

    (a)    Postage    $ 33.39
    (b)    Photocopies (114 x $.20 per page)    $ 22.80

    **LEGAL SERVICES:**    **$1,672.00**
    **EXPENSES:**    **$ 56.19**
    *TOTAL AWARD:*    **$ 1,728.19**

6. Therefore, pursuant to paragraph 2 of this Certification, this applicant seeks an allowance in the amount of **$1,672.00** for the **4.4** hours expended in providing Legal Services to the bankruptcy estate together with the **0.0** hours expended in travel time and reimbursement of Expenses in the amount of **$56.19** for a total award of **$1,728.19.**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 12, 2021    /s/ Joseph D. Marchand
    JOSEPH D. MARCHAND, ESQUIRE