JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
117-119 West Broad Street
P.O. Box 298
Bridgeton, New Jersey 08302
(856) 451-7600
JM:5998
Attorney for Chapter 7 Trustee

_____

| IN THE MATTER OF: | } | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | } | FOR THE DISTRICT OF NEW JERSEY |
| Marla Webster, | } | In Bankruptcy Proceeding: |
|  | } | Chapter 13 |
|  | } | Case No: 19-22411/JNP |
|  | } |  |
| Debtor(s) | } |  |

_____}

**CERTIFICATION IN SUPPORT OF APPLICATION FOR
ADMINISTRATIVE FEES FOR ATTORNEY
FOR FORMER CHAPTER 7 TRUSTEE**

    I, JOSEPH D. MARCHAND, ESQUIRE, of full age, hereby certify to the following:

    1. I am an Attorney at Law licensed to practice in the State of New Jersey, and the Former Chapter 7 Bankruptcy Trustee appointed on June 25, 2019 to administer the Chapter 7 Bankruptcy Estate of Marla Webster.

    2. On October 24, 2019, I filed a Petition for Retention of Attorney for Chapter 7 Trustee. An Order was executed by the Court on November 1, 2019.

    3. An Order was entered in this Court on January 8, 2021 converting the Debtor's Bankruptcy Petition to a Case under Chapter 13 of the Bankruptcy Code.

    4. The following services were rendered to the Bankruptcy Estate during the administration of the Debtor's case under Chapter 7, as well as subsequent to the conversion to Chapter 13:

| DATE | REFERENCE TO SERVICES RENDERED | HOURS |
| --- | --- | --- |
| October 24, 2019 | Prepared and filed Application for Retention of Attorney for Trustee | 0.2 hrs |
|  | Prepared and filed Certification of Joseph D. Marchand, Esquire, and proposed Order | 0.2 hrs |

| | | |
|---|---|---|
| | Prepared letter and served filed application on all parties in interest pursuant to Local Rule 2014-1; prepared and filed Certification of Service | 0.1 hrs |
| October 29, 2019 | Prepared certification of professional for retention and forwarded to Realtor for signing | 0.1 hrs |
| | Prepared and filed Application for Retention of Realtor for Trustee | 0.1 hrs |
| | Prepared and filed Certification of Realtor, and proposed Order | 0.2 hrs |
| | Prepared letter and served filed application on all parties in interest pursuant to Local Rule 2014-1; prepared and filed certificate of service | 0.2 hrs |
| November 7, 2019 | Review & Execute Listing Agreement | 1.0 hrs |
| November 8, 2019 | Phone call with Debtor's Attorney regarding documents necessary for Debtor to execute regarding real estate listing agreement | 0.2 hrs |
| | Fax documents to Attorney | 0.1 hrs |
| November 12, 2019 | Letter with executed Order Appointing Attorney for Trustee sent to necessary parties | 0.2 hrs |
| | Letter with executed Order appointing realtor for Trustee sent to necessary parties | 0.2 hrs |
| December 3, 2019 | Motion to Compel Debtor to allow Real Estate Agent access to Real Estate | 1.0 hrs |
| December 19, 2019 | Re-notice Wells Fargo Services address done | 0.1 hrs |
| January 9, 2020 | Letter with executed Order to Compel Debtor to cooperate with the Trustee | 0.2 hrs |
| | Proof of Service on above | 0.2 hrs |
| February 8, 2020 | Research & Prep and review Debtor's Motion to Dismiss | 2.0 hrs |
| February 10, 2020 | Brief, Certification & Order in Opposition to Debtor's Motion to Dismiss filed | 1.0 hrs |

| Date | Description | Hours |
|---|---|---|
| February 11, 2020 | Research & Prep | 1.0 hrs |
| | Cross-Motion to Compel Debtor to comply with Order dated January 7, 2020 | 1.0 hrs |
| February 20, 2020 | Review email from Realtor | 0.1 hrs |
| | Forward above to Debtor's Attorney | 0.1 hrs |
| February 25, 2020 | Travel Time to Motion | 1.6 hrs TT |
| | Motion Hearing | 1.5 hrs |
| March 16, 2020 | Review Debtor's Attorney's Motion to Withdraw as Counsel | 1.0 hrs |
| July 7, 2020 | Prepare document submission for Evidentiary Hearing | 0.6 hrs |
| | Prepare document with witness list for Evidentiary Hearing | 0.2 hrs |
| July 12, 2020 | Prepare for Hearing | 1.0 hrs |
| July 13, 2020 | Evidentiary Hearing | 1.5 hrs |
| August 6, 2020 | Phone call with Debtor's new Attorney | 0.3 hrs |
| August 17, 2020 | Phone conference with Debtor's Attorney & Court | 0.3 hrs |
| September 15, 2020 | Review 9/14/20 submission by Debtor's Attorney | 0.2 hrs |
| September 16, 2020 | Review & prepare response to above | 1.0 hrs |
| September 23, 2020 | Phone call with Debtor's Attorney | 0.1 hrs |
| | Conference call with Court | 0.5 hrs |
| September 28, 2020 | Review request of Debtor's Attorney for Mediation | 0.1 hrs |
| | Filed response to above | 0.2 hrs |
| | Review Court ruling on above | 0.1 hrs |
| October 16, 2020 | Review Motion to Convert Case to a Chapter 13 | 0.3 hrs |
| October 20, 2020 | Letter in response to above filed with Court | 0.3 hrs |

| | | |
|---|---|---|
| November 10, 2020 | Hearing on Objection to Form Order to Convert to Chapter 13 | 0.4 hrs |
| December 15, 2020 | Letter to Debtor's Attorney regarding status of Order to Convert Case to a Chapter 13 | 0.2 hrs |
| December 16, 2020 | Review Debtor's Attorney's response | 0.1 hrs |
| | Follow up regarding time period to expect submission of Order | 0.1 hrs |
| December 29, 2020 | 2nd Request for time period to expect submission of Order | 0.1 hrs |
| January 4, 2021 | Review Order submitted by Debtor's Attorney on Conversion | 0.1 hrs |
| January 12, 2020 | Preparation and filing of Attorney's Application for Administrative Fees | 0.5 hrs |

**TOTAL LEGAL HOURS:** **20.2 hrs**
**TOTAL TRAVEL HOURS:** **1.6 hrs**

3. As an Attorney at Law licensed to practice in the State of New Jersey, I charge a fee of *$380.00* for every hour of Legal Services rendered to the Estate, and *$190.00* per hour for every hour expended in Travel Time.

4. Therefore, with respect to the services rendered to this Bankruptcy Estate, I am seeking an allowance in the amount of **$7,980.00** for the **20.2 hours** expended providing Legal Services together with the **1.6** hours expended in travel time.

5. This Attorney also incurred Expenses in the amount of **$316.60** as listed below:

(a) Photocopy Expense (451 copies @ $.20 ea.): $ 90.20
(b) Postage Expense: $ 29.30
(c) Faxes (11/8/19): $ 1.00
(d) Mileage (68 miles @ $.575 a mile): $ 39.10
(e) Parking (2/25/20): $ 7.00
(f) Court Solutions Fees(8/17/20, 9/23/20, 11/10/20
@$50.00/appearance): $150.00

**LEGAL SERVICES:** **$7,980.00**
**EXPENSES:** **$ 316.60**
*TOTAL AWARD:* **$ 8,296.60**

6. As Attorney for the acting Chapter 7 Trustee, I respectfully request this Court award the amount of **$7,980.00** representing Compensation, together with an award in the amount of **$316.60** representing Expenses, for a total award of **$8,296.60** for the services rendered in administering this Bankruptcy Estate.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 12, 2021                         /s/ Joseph D. Marchand
                                                JOSEPH D. MARCHAND, ESQUIRE
                                                Attorney for Former Chapter 7 Trustee